UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OTIS LEE RODGERS,**

    **Plaintiff,**

    v.

**SOLANO COUNTY COURTS, et al.,**

    **Defendants.**

Case No. 2:15-cv-2754
**JUDGE GREGORY L. FROST**
Magistrate Judge Norah McCann King

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's October 26, 2015 Report and Recommendation. (ECF No. 13.) In that filing, the Magistrate Judge noted that Plaintiff has failed to file a petition for a writ of habeas corpus and recommended that the Court dismiss this case, with prejudice, for failure to prosecute. The Report and Recommendation advised Plaintiff that a failure to file a timely objection would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at Page ID # 84.) No objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct. The Court therefore **ADOPTS** the Report and Recommendation (ECF No. 13) and **DISMISSES** this action **WITH PREJUDICE**. The Clerk shall enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED.**

                                                      /s/ Gregory L. Frost
                                                    GREGORY L. FROST
                                                    UNITED STATES DISTRICT JUDGE